ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Colonna's Shipyard, Inc. | ) ASBCA No.    61635 |
| | ) |
| Under Contract No.    N50054-17-C-0007 | ) |

APPEARANCES FOR THE APPELLANT:     J. Travis Pittman, Esq.
Chidinma P. Okogbue, Esq.
  Holmes Pittman & Haraguchi, LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Brian S. Smith, Esq.
  Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE MCNULTY

The parties have resolved their dispute in ASBCA No. 61635 and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $3,000,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated:  June 3, 2020

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                            I concur

RICHARD SHACKLEFORD                                 OWEN C. WILSON
Administrative Judge                                Administrative Judge
Acting Chairman                                     Vice Chairman
Armed Services Board                                Armed Services Board
of Contract Appeals                                 of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 61635, Appeal of Colonna's
Shipyard, Inc., rendered in conformance with the Board's Charter.

      Dated:  June 4, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2